IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIYOMI CURRY                                                                                                 PLAINTIFF

v.                                            No. 2:21-cv-02208

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                          DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 28) from Chief United States Magistrate Judge Mark E. Ford.  The Chief Magistrate Judge recommends that Plaintiff Kiyomi Curry's request for attorney's fees and costs be granted in the amount of $11,280.90.  The parties have jointly stipulated to a fee award in this amount.  (Doc. 27).  Pursuant to the stipulation, and upon the Court's own review, the report and recommendation is hereby ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees (Doc. 24) be GRANTED IN PART.[1]  Plaintiff is entitled to an award under the Equal Access to Justice Act, 28 U.S.C. § 636(b)(1), in the total amount of $11,280.90.  This amount should be paid in addition to, and not out of, any past-due benefits which Plaintiff may be awarded in the future.  Pursuant to *Astrue v. Ratliff*, 506 U.S. 586, 595–97 (2010), the EAJA award should be made payable to Plaintiff, but may be mailed to Plaintiff's counsel.

IT IS SO ORDERED this 19th day of October, 2023.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE

---

[1] Document 24 requests a slightly higher sum than was ultimately stipulated to.